UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAIRULDEEN MAKHZOOMI,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>  Defendants. | Case No. 4:18-cv-00924-DMR<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: January 24, 2020

_____
DONNA M. RYU
United States Magistrate Judge

*Rev.03/19*