JONATHAN M. STERN (admitted *pro hac vice*)
Email: jstern@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
1750 K Street, NW,
Washington, DC 20006
Telephone: (202) 419-4202
TIMOTHY J. RYAN (99542)
Email: tryan@ryanlg.com
REBEKKA R. MARTORANO (173600)
Email: rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| KHAIRULDEEN MAKHZOOMI<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., SHOAIB AHMED, AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 4:18-cv-00924-DMR<br><br>**STIPULATION OF DISMISSAL**<br><br>**The Hon. Donna M. Ryu**<br><br>Trial Date:   February 3, 2020 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) in its entirety.

Dated:  January 30, 2020

By: /s/ Khaldoun A. Baghdadi
Khaldoun Baghdadi
Walkup Melodia Kelly and Schoenberger, P.C
Attorneys for Plaintiff Khairuldeen Makhzoomi

Dated: January 30, 2020

By: /s/ Jonathan M. Stern
Jonathan M. Stern
Timothy J. Ryan
Rebekka R. Martorano
Attorneys for Defendants